**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

|  |  |
|---|---|
| KINNON MACKINNON, *et al.*, | |
| Plaintiffs, | No. 23-820 |
| v. | Judge Zachary N. Somers |
| THE UNITED STATES OF AMERICA, | |
| Defendant. | |

## JOINT STATUS REPORT

Pursuant to the Court's April 2, 2026 Order, Dkt. 54, the parties respectfully file this joint status report.  On April 24, 2025, the Court set a briefing schedule for the parties' cross motions for summary judgment.  Dkt. 38.  On July 17, 2025, Plaintiffs filed an unopposed motion to vacate the briefing schedule and re-open fact discovery to allow Plaintiffs time to "conduct further chain of title examinations to meet their burden of proof at the summary judgment stage."  Dkt. 39.  The Court allowed the parties to conduct discovery on title issues.  Dkt. 40.  The Court later extended that discovery period on title issues to June 2, 2026.  Dkt. Nos. 46, 54.

The parties agree that summary judgment on disputed ownership issues is appropriate at this time and propose the following briefing schedule for cross-motions for summary judgment on ownership:

- Plaintiffs to file their motion for summary judgment on ownership on or before September 18, 2026.

- The United States to file its cross-motion for summary judgment on ownership and response to Plaintiffs' motion on or before October 22, 2026.

1

- Plaintiffs to file their response to the United States' motion and reply in support of their motion on or before November 24, 2026.

- The United States to file its reply in support of its motion on or before December 17, 2026.

Dated: June 15, 2026.


ADAM R.F. GUSTAFSON
Principal Deputy Assistant Attorney General
United States Department of Justice
Environment & Natural Resources Division

FLINT COOPER, LLC

s/ Ashley M. Carter_____
Trial Attorney
United State Department of Justice
Environment & Natural Resources Division
150 M St. NE, Rm 3.113
Washington, DC 20002
T: (202) 532-5492
ashley.carter@usdoj.gov

s/ Adam M. Riley_____
Adam M. Riley
Lauren N. Martin
Flint Cooper, LLC
222 E. Park St., Suite 500
P.O. Box 189
Edwardsville, IL 62025
T: (618) 288-4777
F: (618) 288-2864
ariley@flintcooper.com
lmartin@flintcooper.com

Counsel of Record for Defendant

Counsel of Record for Plaintiffs